IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD GEDION PARENT a/k/a RICHARD GIDEON PARENT and JON GREGORY HILLMAN, JR,<br><br>　　　　　Defendants. | 4:23CR3015<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 192). Having reviewed the record in this case, the Court finds as follows:

　　　　1.　On May 27, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendants' interest in $4,154.00 in United States currency. (Filing No. 182).

　　　　2.　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on May 29, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on August 1, 2025 (Filing No. 191).

　　　　3.　The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

　　　　4.　The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

　　　　1.　Plaintiff's Motion for Final Order of Forfeiture (Filing No. 192) is granted;

　　　　2.　All right, title and interest in and to the $4,154.00 in United States currency seized from Defendants on or about August 5, 2022, held by any person or entity are forever barred and foreclosed;

　　　　3.　The $4,154.00 in United States currency is forfeited to the Government; and

　　　　4.　The Government is directed to dispose of that currency in accordance with the law.

Dated this 6th day of November, 2025.

BY THE COURT:

_Susan M Bazis_
SUSAN M. BAZIS
United States District Judge