IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:23CR3015 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| RICHARD GEDION PARENT, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant, Richard Gedion Parent notified the court on 11/21/25 that he wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Motion in Limine Exhibits 5/15/25

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   November 21, 2025

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15