IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD GEDION PARENT,<br><br>　　　　　　　Defendant. | 4:23CR3015<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion to Extend Voluntary Surrender Date (Filing No. 221), due to medical issues. The motion was granted at (Filing No. 222). The Court instructed probation to investigate defendant's hospitalization and advise the Court as to an appropriate new date for the defendant to self-surrender. The Court was informed today, by probation, that the defendant has been released from the hospital and is trying to make arrangements to get to FMC-Rochester.

IT IS THEREFORE ORDERED that the defendant shall self-surrender to FMC-Rochester, Minnesota **on or before 2:00 p.m. on January 22, 2026.** If defendant is unable for any reason to appear at the designated institution by 2:00 p.m. on January 22, 2026, he must surrender himself no later than 2:00 p.m. on January 22, 2026 to the United States Marshals Office, located at the Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska 68508.

Dated this 15th day of January, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge